UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDYXON JOHANDRY MENDOZA RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF ADELANTO, et al.,<br><br>Respondents. | Case No. 2:26-cv-08013 DOC (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Answer, Reply, and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge dated October 26, 2026, [Dkt. No. 12]. No objections were filed and the time to do so has passed.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No.12], is accepted;

2. The Petition is granted;

3. Respondents must immediately release Petitioner Eddyxon Johandry Mendoza Rodriguez (A# 245-166-526) from immigration custody;

4. Respondents are enjoined from re-detaining Petitioner unless his re-detention is ordered at a custody hearing before a neutral arbiter and the government has shown justification for this detention; and

5. Judgment shall be entered accordingly.

DATED: November 4, 2026

THE HONORABLE DAVID O. CARTER
United States District Judge