JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDYXON JOHANDRY MENDOZA RODRIGUEZ,<br>Petitioner,<br>v.<br>WARDEN OF ADELANTO, et al.,<br>Respondents. | Case No. 2:26-cv-08013 DOC (ADS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the Petition is granted.

DATED: November 4, 2026

David O. Carter

THE HONORABLE DAVID O. CARTER
United States District Judge